

**SONNENSCHEIN NATH & ROSENTHAL LLP**

525 Market Street
26th Floor
San Francisco, CA 94105-2708
415.882.5000
415.882.0300 fax
www.sonnenschein.com

**Kimberly De Hope**
415.882.0360
kdehope@sonnenschein.com

July 12, 2007

<u>VIA FACSIMILE</u>

Sujata Reuter
Parr Law Group
150 Almaden Blvd., Ste. 1380
San Jose, CA 95113

Re:   *Solovieva, et al. v. Encompass Ins. Co.*

Dear Ms. Reuter:

I write to confirm our telephone discussion earlier today in which you advised me that based on the information available at this time and the allegations in the complaint (including the prayer for punitive damages and the declaratory relief claim relating to potential liability actions from the other drivers in the accident), plaintiffs damages likely exceed the $75,000 jurisdictional minimum for federal court.

If you have any questions, please do not hesitate to contact me. I look forward to working with you on this matter.

Very truly yours,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: *Kimberly De Hope*

Kimberly De Hope

27272353\V-1

Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix   St. Louis
San Francisco   Short Hills, N.J.   Silicon Valley   Washington, D.C.   West Palm Beach