CYNTHIA L. MELLEMA (State Bar No. 122798)
DAVID S. SIMONTON (State Bar No. 199919)
KIMBERLY E. DE HOPE (State Bar No. 215217)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ENCOMPASS INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALENTINA SOLOVIEVA, NATALIA LITCHEV,<br><br>Plaintiffs,<br><br>vs.<br><br>ENCOMPASS INSURANCE COMPANY, an Illinois Corporation, and DOES 1 TO 20,<br><br>Defendants. | No. C 07-03634 HRL<br><br>CERTIFICATE OF SERVICE |

# CERTIFICATE OF SERVICE

I, Sandy LeCompte, hereby declare:

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of 18 years, and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On July 16, 2007, I served copies of the following documents entitled:

1. **NOTICE TO PLAINTIFFS THAT ACTION HAS BEEN REMOVED;**
2. **NOTICE OF REMOVAL;**
3. **NOTICE TO STATE COURT THAT ACTION HAS BEEN REMOVED;**
4. **CIVIL COVER SHEET;**
5. **ECF REGISTRATION INFORMATION HANDOUT;**
6. **GUIDELINES REGARDING FILING PROCESS; and**
7. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE;**

on the interested parties in this action by placing true copies thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, addressed as follows:

Shawn R. Parr, Esq.
Sujata Reuter, Esq.
PARR LAW GROUP
150 Almaden Blvd., Suite 1380
San Jose, CA 95113
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

1 ☐ FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly maintained by Federal Express.

☐ HAND DELIVERY: I caused such document to be served by hand delivery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 16, 2007 at San Francisco, California.

*Sandy LeCompte*
Sandy LeCompte

27272401