1  CYNTHIA L. MELLEMA (State Bar. No. 122798)
2  KIMBERLY DE HOPE (State Bar No. 215217)
3  SONNENSCHEIN NATH & ROSENTHAL LLP
4  525 Market Street, 26th Floor
5  San Francisco, CA  94105-2708
6  Telephone:  (415) 882-5000
7  Facsimile:  (415) 882-0300

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| VALENTINA SOLOVIEVA, NATALIA LITCHEV, | No. C 07-03634 HRL |
|---|---|
| Plaintiff, | |
| v. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| ENCOMPASS INSURANCE COMPANY, an llinois Corporation, and DOES 1 TO 20, | **AND** |
| Defendant. | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  July 31, 2007              /s/ Kimberly De Hope
                                   Signature

                                   Counsel for  Encompass Ins. Co.
                                   (Name of party or indicate "pro se")

American LegalNet, Inc.
www.Forms*Workflow*.com