UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Valentina Solovieva,<br><br>    Plaintiff,<br><br>  v.<br><br>Encompass Insurance Company, an Illinois corporation,<br><br>    Defendant.<br>_____/ | No. C07-03634<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 16, 2007 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: August 1, 2007                                      RICHARD W. WIEKING,
                                                                                  United States District Court

                                                                                  */s/ Patty Cromwell*
                                                                                  By: Patty Cromwell
                                                                                  Courtroom Deputy Clerk to
                                                                                  Magistrate Judge Howard R. Lloyd

1

2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3

4  Kimberly Erin De Hope    kdehope@sonnenschein.com

5  Cynthia Louise Mellema    cmellema@sonnenschein.com

6  Shawn Robert Parr    shawn@parrlawgroup.com

7  David R. Simonton    dsimonton@sonnenschein.com, cmellema@sonnenschein.com

8

9

10

11

12

13

14

15

16

17

18

**United States District Court**
For the Northern District of California

19

20

21

22

23

24

25

26

27

28