UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALENTINA SOLOVIEVA,　　　　　　　　　　No. C 07-03634 JW

　　　　　Plaintiff(s),

CLERK'S NOTICE

　　　v.

ENCOMPASS INS CO,

　　　　　Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to reassignment the Case Management Conference before Judge Howard R. Lloyd for October 16, 2007 has been vacated and reset to be heard before Judge James Ware on **October 22, 2007 at 10:00 AM ,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a Joint Case Management Statement ten (10) days before the conference.

Dated: August 2, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　　　　　by: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth Garcia
　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy