**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
SUJATA T. REUTER (SBN 232148)
150 Almaden Blvd., Suite 1380
San Jose, California 95113
Telephone: (408)267-4500
Facsimile: (408)267-4535

Attorneys for Plaintiffs,
VALENTINA SOLOVIERA,
NATALIA LITCHEV

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| VALENTINA SOLOVIERA,<br>NATALIA LITCHEV,<br>                    Plaintiffs,<br>   v.<br>ENCOMPASS INSURANCE, et al.,<br>                   Defendants. | CASE NO.  C 07 03634 HRL<br><br>**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES DISTRICT JUDGE

In accordance with the provisions of Title 28, U.S.C. 636(c), the undersigned party hereby voluntarily consents to a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 10, 2007         **PARR LAW GROUP**

                                      /s/_____
                                      SUJATA T. REUTER, Attorney for Defendants

**I hereby attest that I have on file all holograph signatures for any signature indicated by a "conformed" signature (/S/) within this efiled document.**

Parr Law Group
150 Almaden Blvd.
Suite 1380
San Jose, CA 95113
Ph 408-267-4500
Fax 408-267-4535

_____
CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE
SOLOVIERA, et al. v. ENCOMPASS INSURANEC et al., Case No. C 07 03634 HRL