UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VALENTINA SOLOVIEVA,
NATALIA LITCHEV
          Plaintiff(s),

v.

ENCOMPASS INSURANCE
COMPANY, an Illinois Corp., et al.
          Defendant(s).
_____/

Case No. C 07-03634 HRL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Oct. 10, 2007

[Party] Natalia Litchev

Dated: Oct. 10, 2007

[Counsel] Sujata T. Reuter
Attorney for Plaintiffs

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VALENTINA SOLOVIEVA,
NATALIA LITCHEV
        Plaintiff(s),

v.

ENCOMPASS INSURANCE
COMPANY, an Illinois Corp., et al.
        Defendant(s).

Case No. C 07-03634 HRL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Oct. 10, 2007

[Party] Valentina Solovieva

Dated: Oct. 10, 2007

[Counsel] Sujata T. Reuter
Attorney for Plaintiffs

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05