# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Solovieva, <br><br>　　　　　Plaintiff(s), <br><br> v. <br><br> Encompass Insurance Company, <br><br>　　　　　Defendant(s). | 07-03634 JW MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Robert S. Luft**
JAMS
160 W. Santa Clara St., Ste. 1150
San Jose, CA 95113
408-288-2240

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03634 JW MED　　　　　　　　　　- 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: January 7, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov