# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Solovieva, | No. C 07-03634 JW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Encompass Insurance Company, | |
| Defendant(s). | |

*Instructions:* *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _3/17/2008_

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: _3/17/2008_   _Robert J. Luft_
Mediator, Robert S. Luft
JAMS
160 W. Santa Clara St., Ste. 1150
San Jose, CA 95113

**Certification of ADR Session**
07-03634 JW MED