1  PARR LAW GROUP
   SHAWN R. PARR (State Bar No. 206616)
2  SUJATA REUTER (State Bar No. 232148)
3  150 Almaden Blvd., Suite 1380
   San Jose, CA 95113
4  Telephone: (408) 267-4500
   Facsimile: (408) 267-4535
5
6  Attorneys for Plaintiffs
   VALENTINA SOLOVIEVA,
7  NATALIA LITCHEV

8  CYNTHIA L. MELLEMA (State Bar No. 122798)
   DAVID S. SIMONTON (State Bar No. 199919)
9  KIMBERLY E. DE HOPE (State Bar No. 215217)
   SONNENSCHEIN NATH & ROSENTHAL LLP
10 525 Market Street, 26th Floor
   San Francisco, CA 94105-2708
11 Telephone: (415) 882-5000
   Facsimile: (415) 882-0300
12
   Attorneys for Defendant
13 ENCOMPASS INSURANCE
   COMPANY
14

15                IN THE UNITED STATES DISTRICT COURT

16               FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18 VALENTINA SOLOVIEVA, NATALIA          No. C 07-03634 JW
   LITCHEV,
19                                        STIPULATION FOR DISMISSAL
                Plaintiffs,               WITH PREJUDICE
20
         vs.
21
   ENCOMPASS INSURANCE COMPANY,
22 an Illinois Corporation, and DOES 1 TO 20,

23              Defendants.

24

25

26

27

28

CASE NO. C07-03634 JW                                   STIPULATION FOR DISMISSAL
                                                        WITH PREJUDICE

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that
2  this action against Encompass Insurance Company is DISMISSED in its entirety WITH
3  PREJUDICE. Each side shall bear its own fees and costs.
4      IT IS SO STIPULATED.

Dated: April 2, 2008

PARR LAW GROUP

By _____
SUJATA REUTER

Attorneys for Plaintiffs
VALENTINA SOLOVIEVA and NATALIA LITCHEV

Dated: April 7, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
CYNTHIA MELLEMA

Attorneys for Defendants
ENCOMPASS INSURANCE COMPANY

IT IS SO ORDERED.

Dated:_____

_____
Hon. James Ware

CASE NO. C07-03634 JW      STIPULATION FOR DISMISSAL WITH PREJUDICE