| | |
|---|---|
| 1 | PARR LAW GROUP |
| | SHAWN R. PARR (State Bar No. 206616) |
| 2 | SUJATA REUTER (State Bar No. 232148) |
| 3 | 150 Almaden Blvd., Suite 1380 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 267-4500 |
| | Facsimile: (408) 267-4535 |
| 5 | |
| 6 | Attorneys for Plaintiffs |
| | VALENTINA SOLOVIEVA, |
| 7 | NATALIA LITCHEV |



GRANTED
Judge James Ware
4/9/2008

CYNTHIA L. MELLEMA (State Bar No. 122798)
DAVID S. SIMONTON (State Bar No. 199919)
KIMBERLY E. DE HOPE (State Bar No. 215217)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
ENCOMPASS INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALENTINA SOLOVIEVA, NATALIA LITCHEV, | No. C 07-03634 JW |
| Plaintiffs, | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| ENCOMPASS INSURANCE COMPANY, an Illinois Corporation, and DOES 1 TO 20, | |
| Defendants. | |

CASE NO. C07-03634 JW                    STIPULATION FOR DISMISSAL
                                          WITH PREJUDICE

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that
2  this action against Encompass Insurance Company is DISMISSED in its entirety WITH
3  PREJUDICE.  Each side shall bear its own fees and costs.
4      IT IS SO STIPULATED.

5  Dated: April 2, 2008      PARR LAW GROUP

By _____
SUJATA REUTER

Attorneys for Plaintiffs
VALENTINA SOLOVIEVA and NATALIA LITCHEV

12  Dated: April 7, 2008      SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
CYNTHIA MELLEMA

Attorneys for Defendants
ENCOMPASS INSURANCE COMPANY

18  IT IS SO ORDERED.
19  the Court terminates all pending deadlines, hearings, and motions.  The Clerk shall close this file.

21  Dated: April 9, 2008      _____
Hon. James Ware

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

CASE NO. C07-03634 JW      STIPULATION FOR DISMISSAL WITH PREJUDICE